# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 385 WAL 2017

           Respondent    :

           :    Petition for Allowance of Appeal from
           :    the Order of the Superior Court

           v.    :

ANTHONY TUSWEET SMITH,    :

           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.